

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:  01-19-00249-CR

Trial Court Cause
Number:  19077

Style:  Anthony Mottin

v  The State of Texas

Date motion filed*:  May 3, 2021

Type of motion:  Motion for En Banc Reconsideration

Party filing motion:  Appellant

Document to be filed:

Is appeal accelerated? ☐ YES  ☒ NO

Ordered that motion is:

☐ Granted

    If document is to be filed, document due:

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Sherry Radack
    ☐ Acting individually  ☒ Acting for the Court

Panel consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date:  July 27, 2021